# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

# IN AND FOR NEW CASTLE COUNTY

WILLIAM C. BOSICK

        Petitioner

v.

STATE OF DELAWARE

        Respondent

)
)
)
)
)
)
)
)
)
)

C.A. No. N14X-05-017

Submitted: October 29, 2014
Decided:  November 5, 2014

On Petitioner's Request for Reconsideration of Petition for Expungement.
**DENIED.**

# <u>ORDER</u>

William C. Bosick, Newark, Delaware, *pro se*

Brenna A. Dolphin, Esquire, Deputy Attorney General, Department of Justice, Wilmington, Delaware, Attorney for the State

COOCH, R.J.

    This 5th day of November 2014, upon consideration of Defendant's Request for Reconsideration of Petition for Expungement, it appears to the Court that:

1.    Defendant was arrested in 1995 and convicted of two felonies which have since been pardoned by the Governor.

2.      Pursuant to Delaware statute, this Court cannot grant the expungement of felony convictions, no matter whether the felony convictions were later pardoned by the Governor.[1]

Therefore, Defendant's Request for Reconsideration of Petition for Expungement is **DENIED.**

**IT IS SO ORDERED.**

_____
Richard R. Cooch, R.J.

cc:     Prothonotary
        Brenna A. Dolphin, Esquire
        William C. Bosick

---

[1] *See* 11 *Del. C.* § 4375 (allowing Court to expunge certain pardoned misdemeanor convictions and other violations). Notably, § 4375 does not extend the Court's discretion to pardoned felony convictions.